## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00349-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL STEPHEN YOUNG,

    Defendant.

---

## INFORMATION

---

The UNITED STATES ATTORNEY charges that:

### COUNT ONE
### 18 U.S.C. § 1001

On or about April 10, 2019, within the State and District of Colorado, defendant MICHAEL STEPHEN YOUNG, willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by providing the following false testimony to representatives of the United States Securities and Exchange Commission ("SEC") during the SEC's investigation regarding Mediatrix Capital, Inc.:

- SEC Question: "When was the first time that Mediatrix Capital in any format raised funds from an investor?"

1

- Defendant YOUNG's answer: "Would have been first quarter of two thousand – well outside of Mr. S[.] and his – the marines that he – okay. It would have been first quarter of 2016."

Defendant YOUNG's statement and representation were false because, as defendant YOUNG then and there knew, defendant YOUNG and his partner M.S. raised more than $500,000 in funds from investors through Mediatrix Capital in 2015 and quickly lost all or most of those investor funds by unsuccessfully trading it in the Foreign Exchange Market.

All in violation of 18 U.S.C. § 1001.

JASON R. DUNN
UNITED STATES ATTORNEY

By: Pegeen D. Rhyne
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
pegeen.rhyne@usdoj.gov