DEFENDANT:     Michael Stephen Young

YOB:    1971

COMPLAINT FILED?    _____ Yes    __X__ No

If Yes, MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    _____ Yes    __X__ No

OFFENSE(S):    COUNT 1: 18 U.S.C. § 1001: False Statements

LOCATION OF OFFENSE:    Denver County, Colorado and

PENALTY:    COUNT 1: NMT 5 years imprisonment, NMT 1 year supervised release, a $250,000 fine, and a $100 special assessment.

AGENT:    John Maglosky
Special Agent, FBI

AUTHORIZED BY:    Pegeen D. Rhyne
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: N/A Pre-indictment plea agreement in place

_____ five days or less      _____ over five days      _____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

__X__ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    ___ Yes    __X__ No