IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:  20-cr-00349-RBJ | Date: January 11, 2021 |
| Courtroom Deputy:  Julie Dynes | Court Reporter:  Sarah Mitchell |
| Interpreter:  N/A | Probation:  N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Pegeen Rhyne* |
| v. | |
| 1. MICHAEL STEPHEN YOUNG<br>**Defendant** | *Brian Leedy* |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING BY VIDEO CONFERENCE**

Court in session:  2:30 p.m.

Appearances of counsel and via video conference.

Defendant is present on bond via video conference.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) previously tendered to the Court.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Factual basis for the plea stated.

Defendant advised of maximum penalties, sentencing guidelines and appeal rights.

Defendant enters plea of guilty to Count 1 of the Information.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

**ORDERED**:   **The plea of guilty to Count 1 of the Information entered by the defendant is accepted, the defendant is found guilty of the crime charged.**

**The Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32.**

**Sentencing is set for July 16, 2021, at 8:30 a.m. before the Honorable Judge R. Brooke Jackson.**

**Defendant's bond is continued.**

Court in Recess:  2:52 p.m.          Hearing concluded.          Total time in Court:  00:22