IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00349-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL STEPHEN YOUNG,

    Defendant.

_____

UNOPPOSED MOTION TO CONTINUE SENTENCING
_____

    The United States of America hereby files this Unopposed Motion to Continue the Sentencing for defendant Michael Young.

    On January 11, 2021, defendant Michael Young pled guilty pursuant to a cooperation plea agreement, which provided that the government would file a downward departure motion pursuant to Section 5K1.1 of the United States Sentencing Guidelines if the government found that defendant Young substantially assisted the government in the matter of *United States v. Michael Stewart and Bryant Sewall*, 21-cr-00034-WJM. Trial in that matter is scheduled to commence on October 25, 2021.

    Because a significant basis of any motion pursuant to Section 5K1.1 would be defendant Young's truthful testimony during the trial in *United States v. Michael Stewart*

1

*and Bryant Sewall*, 21-cr-00034-WJM, the parties request that defendant Young's sentencing be continued until at least December 2021.

                MATTHEW T. KIRSCH
                Acting United States Attorney

                By:*s/Pegeen D. Rhyne*
                PEGEEN D. RHYNE
                Assistant U.S. Attorneys
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                (303) 454-0100
                (303) 454-0409 (fax)
                Pegeen.Rhyne@usdoj.gov
                Attorney for Government

## **CERTIFICATE OF SERVICE**

I certify that on this 17th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

        By:   *s/ Kayla Keiter*
              Legal Assistant for AUSA Pegeen D. Rhyne
              United States Attorney's Office