IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00349-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MICHAEL STEPHEN YOUNG,

        Defendant.

_____

SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING
_____

The United States of America hereby files this Second Unopposed Motion to Continue the Sentencing for defendant Michael Young.

On January 11, 2021, defendant Michael Young pled guilty pursuant to a cooperation plea agreement, which provided that the government would file a downward departure motion pursuant to Section 5K1.1 of the United States Sentencing Guidelines if the government found that defendant Young substantially assisted the government in the matter of *United States v. Michael Stewart and Bryant Sewall*, 21-cr-00034-WJM. Trial in that matter is scheduled to commence on April 11, 2022.

Because a significant basis of any motion pursuant to Section 5K1.1 would be defendant Young's truthful testimony during the trial in *United States v. Michael Stewart and Bryant Sewall*, 21-cr-00034-WJM, the parties request that defendant Young's

sentencing be continued until at least June 2022.

                MATTHEW T. KIRSCH
                Acting United States Attorney

                By: *s/Pegeen D. Rhyne*
                PEGEEN D. RHYNE
                Assistant U.S. Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                (303) 454-0100
                (303) 454-0409 (fax)
                Pegeen.Rhyne@usdoj.gov
                Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of October, 2021, I electronically filed the foregoing SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

      s/ *Amy McDaniel*
      Amy McDaniel
      Legal Assistant
      U.S. Attorney's Office