IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00349-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL STEPHEN YOUNG,

    Defendant.

_____

## FOURTH UNOPPOSED MOTION TO CONTINUE SENTENCING
_____

The United States of America hereby files this Fourth Unopposed Motion to Continue the Sentencing for defendant Michael Young.

On January 11, 2021, defendant Michael Young pled guilty pursuant to a cooperation plea agreement based on his cooperation in the matter of *United States v. Michael Stewart and Bryant Sewall*, 21-cr-00034-WJM.   Trial in that matter is scheduled to commence on February 27, 2023.

Because defendant Young's truthful testimony during the trial in *United States v. Michael Stewart and Bryant Sewall*, 21-cr-00034-WJM will be an important consideration during his sentencing proceedings, the parties request that defendant Young's sentencing be continued until at least April 2023.

COLE FINEGAN
United States Attorney


By: *s/Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government