# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00349 RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **MICHAEL STEPHEN YOUNG.,**

    Defendants.

---

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND TO PERMIT TEMPORARY RELEASE OF PASSPORT

Defendant Michael Young, through undersigned counsel, and unopposed by counsel for the government, respectfully requests that the Court modify the conditions of his bond to permit temporary release of his passport to allow him to travel to Dubai to from December 2, 2022, through December 15, 2022. As grounds, Mr. Young states as follows:

1.    Mr. Young is on a personal recognizance bond. Doc. 5. Conditions 7(d) and (e) of the "Order Setting Conditions of Release" required Mr. Young to surrender his passport to the Clerk of the Court and not obtain a passport or other international travel document. Doc. 6, pg. 2. Mr. Young surrendered his passport on October 30, 2020. Doc. 7. Mr. Young's bond conditions do not include a restriction on travel. See, Doc. 6, pg. 2 and unselected condition 7(f).

2.	Mr. Young seeks temporary release of his passport to allow him to travel for work purposes to Dubai, from December 3, 2022, to December 15, 2022, for the FARJAD 41st Middle East Stone conference.  Mr. Young works for a stone company that would like for him to attend the international conference that takes place December 5, 2022, through December 8, 2022.  It can take up to two days to travel to and from Dubai, so we are requesting additional days to account for travel time.

3.	Mr. Young has plead guilty, and his sentencing is currently scheduled for April 14, 2023.  Mr. Young's initial sentencing hearing was scheduled for July 16, 2021, and has been reset four times since to comply with his plea agreement.  Mr. Young has new employment and although his employer understands the constraints of this current matter, they would appreciate if he were allowed to travel.

4.	Undersigned counsel has conferred with Assistant United States Attorney Pegeen Rhyne about the request herein, and the government does not oppose this motion.

5.	Mr. Young has no prior criminal history and has lived in Colorado for over 20 years.  He has extensive economic and family ties to the community.  He has five children that live with him.  Mr. Young is not a flight risk and has remained compliant with the conditions of his bond for nearly two years.

6.	If the requested modification is granted Mr. Young proposes that the Court order him to return his passport to the Clerk of the Court on or before December 30, 2022.

WHEREFORE, Mr. Young respectfully requests that conditions 7(d) and (e) of the "Order Setting Conditions of Release" be modified to permit temporary release of his passport to accommodate travel to Dubai, from December 3, 2022, to December 15, 2022.

Respectfully submitted this 17th day of October 2022.

/s/ Fredric M. Winocur
Fredric M. Winocur
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone: (303) 629-9700
Fax:  (303) 629-9702
Email winocur@ridleylaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 17th day of October 2022 I served a true and correct copy of the foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND TO PERMIT TEMPORARY RELEASE OF PASSPORT** electronically with the clerk of the court via the CM/ECF system to all interested parties:

  *s/Heather Grant*
Heather Grant, Legal Assistant
Ridley, McGreevy & Winocur
303 16th Street Suite 200
Denver CO 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
Email: grant@ridleylaw.com