IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00349 RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MICHAEL STEPHEN YOUNG.,

    Defendants.

---

**ORDER DEFENDANT MICHAEL YOUNG'S MOTION TO MODIFY CONDITIONS OF BOND TO PERMIT TEMPORARY RELEASE OF HIS PASSPORT**

---

This matter comes before the Court on Defendant Michael Young's Unopposed Motion to Modify Conditions of Bond to Permit Temporary Release of His Passport. And the Court having considered the matter and being fully advised on the premises hereby ORDERS that:

1. The Defendant's Motion is GRANTED.

2. The Clerk's Office is DIRECTED to release the Defendant's passport to the Defendant or his counsel to allow Mr. Young to travel to Dubai from December 3, 2022, through December 15, 2022.

3. Mr. Young shall return his passport to the Clerk of the Court on or before December 30, 2022.

    Dated this __17th__ day of October 2022.

                               BY THE COURT

                               _____
                               R. Brooke Jackson
                               United States District Judge