IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-cr-00349-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MICHAEL STEPHEN YOUNG,

        Defendant.

---

### ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT

---

To:    The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 24th day of February 2023.

                              COLE FINEGAN
                              United States Attorney

BY:    *s/ Anna K. Edgar*
         ANNA K. EDGAR
         Assistant United States Attorney
         U.S. Attorney's Office
         1801 California Street, Suite 1600
         Denver, Colorado 80202
         Phone: (303) 454-0100
         Email: Anna.Edgar@usdoj.gov
         Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of February 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                                s/ *Amy McDaniel*
                                                Amy McDaniel
                                                Legal Assistant
                                                U.S. Attorney's Office