IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00349-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL STEPHEN YOUNG,

    Defendant.

_____

### FIFTH UNOPPOSED MOTION TO CONTINUE SENTENCING
_____

The United States of America hereby files this Fifth Unopposed Motion to Continue the Sentencing for defendant Michael Young.

On January 11, 2021, defendant Michael Young pled guilty pursuant to a cooperation plea agreement based on his cooperation in the matter of *United States v. Michael Stewart and Bryant Sewall*, 21-cr-00034-WJM. Trial in that matter is scheduled to commence on November 27, 2023.

Because defendant Young's truthful testimony during the trial in *United States v. Michael Stewart and Bryant Sewall*, 21-cr-00034-WJM will be an important consideration during his sentencing proceedings, the parties request that defendant Young's sentencing be continued until at least January 2024.

COLE FINEGAN
United States Attorney

By: *s/Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Pegeen.Rhyne@usdoj.gov
Attorney for Government

By: *s/Anna K. Edgar*
ANNA K. EDGAR
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Anna.Edgar@usdoj.gov
Attorney for Government

By: *s/Bryan Fields*
BRYAN FIELDS
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Bryan.Fields3@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

s/ *Danielle Storinsky*
Danielle Storinsky
Legal Assistant
U.S. Attorney's Office