IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20 - cr - 00349 RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **MICHAEL STEPHEN YOUNG,**

    Defendant.

## MOTION FOR LEAVE TO RESTRICT DOCUMENT NUMBER 43

        Mr. Michael Young, through counsel, hereby respectfully moves to restrict Document No. 43 and the brief filed in support of this motion for the reasons stated in the brief. The defense requests a "Level 2" restriction, which would make the document and any order revealing the contents of that document and the brief filed in support of this motion "Viewable by Selected Parties & the Court" only. Per the Court's order undersigned counsel will file a redacted version of Document 43.

    Respectfully submitted this 13th day of June 2024.

                                      */s/ Brian R. Leedy*
                                      Brian R. Leedy
                                      Ridley, McGreevy & Winocur, P.C.
                                      303 16th Street, Suite 200
                                      Denver, Colorado 80202
                                      Telephone: (303) 629-9700
                                      Fax: (303) 629-8702
                                      Email leedy@ridleylaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of June 2024, I served a true and correct copy of the foregoing **MOTION FOR LEAVE TO RESTRICT DOCUMENT NUMBER 43** electronically with the clerk of the court via the CM/ECF system to all interested parties:

      *s/Heather Grant*
Heather Grant, Legal Assistant
Ridley, McGreevy & Winocur
303 16th Street Suite 200
Denver CO 80202
Telephone: (303) 629-9700
Facsimile: (303) 629-9702
Email: grant@ridleylaw.com