IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:20-cr-00349-RBJ-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Michael Stephen YOUNG,

   Defendant.

---

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**

---

The Judgment imposed on June 11, 2024, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the FCI Florence Satellite Camp. Accordingly,

IT IS ORDERED that Defendant, Michael Stephen YOUNG, shall surrender himself by reporting to the Warden at the FCI Florence Satellite Camp, 5880 Highway 67 S, Florence, Colorado, on July 17, 2024, by 12:00pm.
Travel will be at his own expense.

DATED at Denver, Colorado, this  24th  day of June 2024.

BY THE COURT:

_____
R. Brooke Jackson
Senior United States District Judge